# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA LEE GUINN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:16-cv-01104- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 7) |

On December 14, 2016, the parties filed a stipulation for an extension of time for Defendant to prepare and file the certified administrative record with the Court.  (Doc. 7)  Notably, the Scheduling Order permits a single extension by the stipulation of parties (Doc. 3 at 4), and this is the first extension requested by either party.  Accordingly, the Court **ORDERS**:

1. Defendant's request for an extension of time is **GRANTED**; and
2. Defendant **SHALL** file the certified administrative record no later than **January 30, 2017**.

IT IS SO ORDERED.

Dated: __December 14, 2016__　　　　　_____/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE